IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MARSHALL VANN, Individually and as Heir and Administrator for the Estate of LENA WELLS, Deceased, and FREDDIE WELLS, Individually and as Heir of the Estate of LENA WELLS, and HAZEL WELLS, Individually and as Heir of the Estate of LENA WELLS, and KENNETH WELLS, Individually and as Heir of the Estate of LENA WELLS, GLENN WELLS, Individually and as Heir of the Estate of LENA WELLS, and PAMELA WELLS, Individually and as Heir of the Estate of LENA WELLS, and GWEN HENDERSON, Individually and as Heir of the Estate of LENA WELLS § § § § § § § § § § § § § § § § § § § | |
| V. § § | CIVIL ACTION NO. 4:91 CV 181 |
| THE CITY OF LEWISVILLE, TEXAS and STEVE MCFADDEN, As an Individual and in his official capacity as Police Chief of Lewisville, Texas; and DON SMITH, As an Individual and in his official capacity as a Police Officer of Lewisville, Texas; and L.D. RUTHART, As an Individual and in his official capacity as a Police Officer of Lewisville, Texas; and WILLIAM R. OWEN, JR., As an Individual and in his official capacity as a Police Officer of Lewisville, Texas; and T.M. SANDLIN, As an Individual and in his official capacity as a Police Officer of Lewisville, Texas; and STEVE CLUBB, As an Individual and in his official capacity as a Police Officer of Lewisville, Texas § § § § § § § § § § § § § § § § § § § § § § § | |

**AGREED ORDER OF JUDGMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 68**

NOW COME the parties herein, in each and any of their respective capacities, individual or otherwise, and by and through their counsel of

AGREED ORDER OF JUDGMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 68 - PAGE 1

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
By: _____

CIV. ORDER BOOK
V 67 P 85

record now advise this Honorable Court as follows:

1. Defendants herein, in each and any of their respective capacities, have offered, in writing, to allow all Plaintiffs herein, in each and any of their respective capacities, to take judgment against all Defendants, jointly and severally, for and in a total amount of One Hundred Thousand and No/100 Dollars ($ 100,000.00). Said sum is intended to settle any and all claims against any and all of the Defendants herein, jointly and severally, and said sum encompasses any and all items of damage, including but not limited to, any attorneys' fees, costs and interest.

2. Plaintiffs herein, in each and any of their respective capacities, have accepted said offer of judgment in writing. **Exhibit "A"**, attached hereto and incorporated herein is a letter from Plaintiffs' counsel confirming such acceptance.

IT IS THEREFORE NOW HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs herein recover of Defendants herein, jointly and severally, the sum of One Hundred Thousand and No/100 ($ 100,000.00).

_____
JUDGE PRESIDING

March 5th, 1993
_____
DATE

F:\WPFILES\W\WELLS.LNA\AGREED.ORD

**AGREED ORDER OF JUDGMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 68 - PAGE 2**

Mld 3-8-93

THE LAW FIRM OF
# JEFFERY M. DIXON, P.C.
5601 N. MACARTHUR BOULEVARD, SUITE 105
IRVING, TEXAS 75038

Telephone
214 580 0059

**March 1, 1993**

Facsimile
214 580 0751

Mr. Darrell Noga                                    Exhibit "A"
Cowles & Thompson
901 Main Street, Suite 4000
Dallas, TX  75202-3793

Attorney for Defendants, Smith, Sandlin & Owen

Mr. David LaBrec              Re:   Marshall Vann, et al
Mr. Kevin Oliver                    v.
Strasburger & Price                 City of Lewisville, TX et al
901 Main Street, Suite 4300         U.S. District Court
Dallas, TX  75202                   Sherman Division
                                    No. 4-91-CV-181

Attorneys for Defendants, Ruthart & Clubb

Mr. James Ludlum, Jr.
Ludlum & Ludlum
The Enterprise Plaza
Austin, TX  78728

Attorney for Defendants, City of Lewisville, Texas &
Lewisville Police Chief, Steve McFadden

Gentlemen:

In response to your letter of February 19, 1993, the Plaintiffs, and each of them in their several capacities, agree to take Judgment against each of the Defendants, jointly and severally, in their several capacities, and will accept the sum of One Hundred Thousand and No/100 Dollars ($ 100,000.00) to settle any and all claims they may have against the Defendants, pursuant to Rule 68, Federal Rules of Civil Procedure, and Article 6, Paragraph 9 of the local Court rules.

                                    Sincerely,

                                    JEFFERY M. DIXON, P.C.

                                    JEFFERY M. DIXON

JMD/lbb

cc:   Judge Paul Brown
      U.S. District Court